# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

Clifford W. Taylor,
Chief Justice

136939

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

EUGENE VODOPYANOV and
ANATOLY MANT,
   Plaintiffs-Appellees,

v

              SC: 136939
              COA: 274460
              Oakland CC: 06-076762-CK

KELLER WILLIAMS REALTY
NORTHVILLE MARKET CENTER, a/k/a
NORTHVILLE MARKET CENTER, INC.,
   Defendant-Appellant,

and

MARINA SHEFFER, a/k/a MARINA
VALTSEV, ALEX VALTSEV, and
RAPID ENTERPRISES, L.L.C.,
   Defendants.
_____/

   On order of the Court, the application for leave to appeal the June 12, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008              _____
                        Clerk